**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELVIS ISRAEL GUERRERO CASTRO, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

METALLINE FIRE DOOR CO, INC, William Rodriguez, individually and Lydia Rodriguez, individually,

    Defendants.

Case No:17-CV-3322 (DCF)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the above-entitled action, and all claims asserted therein, be dismissed with prejudice. The Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement.

Dated: 10/20/17

FITAPELLI & SCHAFFER, LLP
Attorneys for Plaintiffs
28 Liberty Street, 30th Floor
New York, NY 10005

By: _____
Brian S. Schaffer, Esq.
bschaffer@fslawfirm.com

Dated: 10/20/17

GREENWALD DOHERTY
Attorneys for Defendants
630 Third Avenue, Suite 704
New York, NY 10017

By: _____
Ilan Weiser, Esq.
IW@greenwaldllp.com

_____ 11/27/17
So Ordered.
HON. DEBRA FREEMAN
U.S.M.J.

2